# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LTD., and MARLIN SEMICONDUCTOR LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INC.,<br>Defendant. | C.A. No. 1:25-cv-01629-RP<br><br>**JURY TRIAL DEMANDED** |

## LONGITUDE LICENSING LTD. AND MARLIN SEMICONDUCTOR LTD'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Longitude Licensing Ltd. ("Longitude") and Marlin Semiconductor Limited ("Marlin") (collectively, "Plaintiffs") file this Unopposed Motion for Leave to Amend Complaint for Patent Infringement and show the Court as follows:

Plaintiffs filed their Complaint for Patent Infringement on October 8, 2025 (Dkt. 1). Plaintiffs have since recognized paragraph numbering was inconsistent in the Complaint and have corrected it. This amendment also refers to the original complaint where appropriate. No substantive changes have been made. Additionally, Defendant has not yet answered the Complaint. On October 31, 2025, Defendant filed an unopposed motion to extend the time to move, answer or otherwise respond to Plaintiff's Complaint to December 15, 2025, and an order was entered to that effect on November 3, 2025. This amendment is not intended to modify the December 15, 2025 deadline for Defendant to respond to the operative complaint. The parties have met-and-

1

conferred and Defendant does not oppose this motion.

Dated: November 24, 2025

Respectfully submitted,

*/s/ Claire Abernathy Henry*
Michael T. Renaud (629783)
Adam Rizk (688305)
Michael McNamara
Matthew Karambelas (691034)
Paul Weinand (*Pro hac vice* forthcoming)
Tianyi Tan (*Pro hac vice* forthcoming)
MINTZ LEVIN COHN FERRIS
    GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
MRenaud@mintz.com
ARizk@mintz.com
MMcNamara@mintz.com
makarambelas@mintz.com
pweinand@mintz.com
TTan@mintz.com
www.mintz.com

*Of Counsel*:

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Counsel for Plaintiffs
Longitude Licensing Ltd. and
Marlin Semiconductor Limited*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiffs have met and conferred with counsel for Defendant and this motion is unopposed.

/s/ *Claire Abernathy Henry*

3