IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LONGITUDE LICENSING LTD., and MARLIN SEMICONDUCTOR LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:25-cv-01629-RP<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING LONGITUDE LICENSING LTD. AND MARLIN SEMICONDUCTOR LTD'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT FOR PATENT INFRINGEMENT**

CAME ON FOR CONSIDERATION, Plaintiffs Longitude Licensing Ltd. ("Longitude") and Marlin Semiconductor Limited ("Marlin") (collectively, "Plaintiffs'") Unopposed Motion for Leave to Amend Complaint for Patent Infringement. Having considered the motion, it is hereby GRANTED.

Accordingly, Plaintiff are hereby granted leave to file an amended complaint. Consistent with the Court's prior order, Defendant's deadline to respond to the First Amended Complaint shall be December 15, 2025.